**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

BARBARA A SOCCIARELLI,

                        Plaintiff,                1:25-cv-1137
                                              (ECC/MJK)

v.

COMMISSION OF THE SOCIAL SECURITY,

                        Defendant.

---

**Hon. Elizabeth C. Coombe, United States District Judge:**

**ORDER**

The request by the parties for an order to remand pursuant to Sentence 4 of 42 U.S.C.

§405(g), Dkt. No. 13, is **GRANTED**; and it is further

**ORDERED** that the final decision of the Commissioner is **REVERSED** and the matter is

**REMANDED** to the Defendant so that further administrative action may be taken including that

a new hearing will be offered and a new decision with be issued, and is further

**ORDERED** that this matter is **DISMISSED** consistent with *Melkonyan v. Sullivan*, 501

U.S. 89 (1991).

Dated: April 21, 2026

_____
Elizabeth C. Coombe
U.S. District Judge